# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **HELEN ROSE OLDING** | Case No. 18-43463-mlo |
| | Chapter 7 |
| Debtor | Hon. Maria L. Oxholm |

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE

**THIS MATTER** having come before the Court upon Trustee Timothy J. Miller's ("Trustee") Motion to Approve Compromise (the "Motion"), notice of the Motion having been served on all creditors appearing on the Court's mailing matrix, and no response or objection having been timely filed nor served,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED in full** and the Trustee is authorized to enter into the settlement.

**IT IS FURTHER ORDERED** University of Michigan Credit Union shall remit the sum of $3,250.00 to the Trustee within seven (7) days of entry of this order.

**IT IS FURTHER ORDERED** that Trustee's complaint in the adversary proceeding case number 18-04257-mlo, <u>Miller v. University of Michigan Credit Union</u> shall be dismissed upon required remittance in accordance with this order.

**Signed on August 03, 2018**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**